JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>  v.<br><br>11100 VENTURA BLVD, LLC, a California Limited Liability Company;<br>LAPE IR SUO, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-09214-BRO-KS<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), the parties hereby apply to the court that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

**IT IS HEREBY ORDERED**

Dated: February 19, 2016    _[signature]_

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE